**James D. BALDWIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74009.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Susan E. Summers, for Appellant.

Richard A. Starnes, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, ALOK AHUJA, Judge and MARK D. PFEIFFER, Judge.

## *ORDER*

PER CURIAM:

Appellant James D. Baldwin appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review

of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would have no jurisprudential value; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).